**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YEMANE BERHANE WOLDEGABRIEL,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al..*<br><br>Respondents. | No. 5:25-cv-03369-ODW-PVC<br><br>[~~PROPOSED~~] ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

On December 12, 2025, Petitioner Yemane Berhane Woldegabriel, proceeding through counsel, filed a Petition for Writ of Habeas Corpus (the "Petition") concurrently with an Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction. (Dkt. Nos. 1, 4.) On December 19, 2025, the Court granted a temporary restraining order. (Dkt. No. 8.) On August 5, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be entered consistent with the reasons and findings set forth in the Court's Order granting a temporary restraining order without requiring further proceedings. (Dkt. No. 13.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 and for the reasons stated in the Court's Order granting a temporary restraining order (Dkt. No. 8), the Petition is granted. Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Date: August 6, 2026

_____
Hon. Otis D. Wright II
United States District Judge