**JS-6**

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

YEMANE BERHANE WOLDEGABRIEL,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*.

Respondents.

No. 5:25-cv-03369-ODW-PVC

[~~PROPOSED~~] JUDGMENT

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting a Temporary Restraining Order (Dkt. No. 8).

Date: August 6, 2026.

Hon. Otis D. Wright II
United States District Judge